CO-901A
Rev. 4/10

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

David DiBenedetto et al. (see attached)

_____
Plaintiff(s)

Islamic Republic of Iran et al. (see attached)

_____
vs                        Defendant(s)

CIVIL ACTION NO. 1:16-cv-02429_____
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To Tether International S.A. de C.V._____

_____Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on February 19, 2020 & December 9, 2020_____ in the amount of Eighty One Million Seven Hundred Six Thousand Seventy Dollars and Forty Two Cents ($ 81,706,070.42_____) and the costs amounting to $ 0_____ with interest at 1.48 & .11 (see attached)___ % from February 19, 2020 & December 9, 2020 less credits of $ 19,203,186.95_____.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this _____ day of _____, _____.

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Robert A. Braun
_____
Attorney for Plaintiff
1100 New York Ave. NW Suite 800
_____

Washington DC 20008
_____

202-408-4600
_____
Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**<u>NOTICE</u>**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16. Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.    Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
     ANSWER _____

_____

_____

_____

_____

2.    Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
     ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____          _____
                                                              Garnishee

## EXHIBIT A

### The Parties

This suit was filed against the Islamic Republic of Iran and the Iranian Ministry of Information and Security on behalf of DAVID DIBENEDETTO, individually and as representative for the Estate of Thomas DiBenedetto, ESTATE OF THOMAS DIBENEDETTO, DIANE MARTIN, LAURA PINATTI, STEPHEN DIBENEDETTO, CHRISTINE FORRESTER, individually and as representative for the Estate of Steven Forrester, ESTATE OF STEVEN FORRESTER, ANGELA E. FORRESTER, MABEL RICH, JAMES FORRESTER, DETWANE LEWIS, STEVEN E.M. FORRESTER, SANDRA LAINHART, individually and as representative of the Estate of Mark Payne, ESTATE OF MARK PAYNE, PERCY TRAHAN, individually and as representative of the Estate of Lex David Trahan, SHIRLEY TRAHAN, individually and as representative of the Estate of Lex David Trahan, ESTATE OF LEX DAVID TRAHAN, AKIKO RAY, LORENZO ALMANZA, LAURENCIO ALMANZA, ANGEL ALMANZA, RICARDO V. ALMANZA, MARIA D. HERRERA, PIEDA G. VASQUEZ, FRANCISCA TANG, MARTHA A. ALMANZA, RICHARD ZIERHUT, ADAM WEBB, DAWN WEBB, individually and as representative of the Estate of Donald Webb, ESTATE OF DONALD WEBB, BRENDA MEAGER, KATHERINE NAGY, WILLIAM WEBB, JR., ROGER WEBB, MARY MCMAHON, individually and as representative of the Estate of William Webb, Sr., ESTATE OF WILLIAM WEBB, SR.

### Additional Instructions

No funds shall be attached or garnished from an account that consists solely of direct deposited benefits that are exempt under federal or District of Columbia law, including Social Security, Supplemental Security Income (SSI), Social Security Disability Insurance (SSDI), Veterans' Benefits, Civil Service Retirement, Black Lung, Railroad Retirement, Disability, Unemployment, Public Assistance/TANF benefits or Worker's Compensation;

If this writ is directed to a financial institution, federal law requires the institution to protect Social Security, SSI, SSDI, Veterans' Benefits, federal retirement system, and certain other exempt funds in the amount of exempt funds deposited into the account in the two months prior to the service of this Writ of attachment, even if commingled with non-exempt funds. See 31 C.F.R. part 212.

Within ten (10) days after this writ is served upon you, you are required to answer under penalty of perjury the enclosed interrogatories. You must file in this court one copy of this paper with your answers. You also must serve copies, by mail or other means, upon the plaintiff and upon the defendant. If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claim, with interest and costs.

The assets subject to the writ of attachment shall include, but not be limited to, any money, property, credits, debts, claims, accounts, payment rights, redemption rights, issuer-administered rights, reserve-backed rights, choses in action, general intangibles, proceeds, or substitute property of the Islamic Republic of Iran and/or Bank Markazi Jomhouri Islami Iran in your possession, custody, control, charge, or administration, including any such property or interests arising from, relating to, or traceable to USDT (including, e.g., any underlying redeemable assets equal to the stated value of any Tether Token) on the TRON blockchain at digital-currency addresses:

- TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81
- TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9

**Debtor Addresses**

Bank Markazi a/k/a The Central Bank of the Islamic Republic of Iran
P.O. Box 15875/7177, 144 Mirdamad Blvd.
Tehran, Iran

Bank Markazi a/k/a The Central Bank of the Islamic Republic of Iran
213 Ferdowsi Avenue
Tehran, Iran

Islamic Republic of Iran
Minister of foreign affairs
MFA Building
Iman Khomeini Avenue
Tehran, Iran

Iranian Ministry of Information and Security
Second Negarestan Street
Pasdaran Avenue
Golestan Yekom
Tehran, Iran

**Garnishee Address(es)**

Tether International S.A. de C.V.

Edificio Torre Futura, Oficina 6, Nivel 11, entre 87 y 89 avenida norte, Colonia Escalón, San Salvador, El Salvador

Condominio Presidente Plaza, Level 12, Office 02, final Avenida la Revolución, Colonia San Benito, San Salvador, El Salvador.

**<u>Total Balance Due Under the Judgment</u>**

Judgment: $81,706,070.42
Offset: $19,203,186.95
Post-judgment interest (adjusted for offset timing): $6,661,626.50
**Total owed: $69,164,509.97**