**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAVID DIBENEDETTO**, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN**, et al.,<br><br>     Defendants. | **Case No. 1:16-cv-02429-TSC** |

## DECLARATION OF JUSTIN MAILE

I, Justin Maile, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

**Qualifications**

1.      I am the CEO of CipherBlade, a blockchain investigation agency. I have 8 years of professional experience in blockchain analytics, digital-asset forensics, and cryptocurrency compliance. My work has included investigative and forensic blockchain analysis covering some of the biggest events in the industry since 2015 including most of the major exchange hacks, smart contract exploits, SIM swap attacks, and the subsequent thefts and money laundering that followed those events. I have assisted state, federal, and international law enforcement and US regulatory agencies such as the SEC with investigations into two of the biggest ponzi schemes to defraud investors using cryptocurrency, BitConnect and PlusToken. I have also investigated and provided evidence to law enforcement in ransomware cases, organized crime rings, and various investment fraud cases including being one of the foremost experts on "pig butchering scams" in the industry. I have previously provided expert testimony or declarations in both criminal cases, some of which were described above, and numerous civil cases such

as divorces, bankruptcies, and estate mismanagement cases. My curriculum vitae is attached as Exhibit 1 to this declaration.

2. I have been retained by counsel for Plaintiffs to examine and verify: (a) the current USDT balances at two TRON-network digital-currency addresses identified by OFAC on the SDN listing for Bank Markazi Jomhouri Islami Iran; (b) the freeze or blacklist status of those addresses under the official TRON USDT smart contract; and (c) the technical capabilities of the USDT issuer with respect to frozen tokens on the TRON network. I am being compensated for my time at my standard consulting rate. My opinions are not contingent on the outcome of this matter.

**Background: The TRON Network and USDT Stablecoin**

3. TRON is a public, decentralized blockchain network. Like other public blockchains, TRON maintains a distributed ledger of transactions that is publicly accessible and independently verifiable by anyone with an internet connection. Each participant on the TRON network is identified by a unique alphanumeric address, and all transactions involving that address are permanently recorded on the blockchain.

4. USDT (also written as USDT) is a digital token commonly referred to as a "stablecoin." It is issued by Tether International, S.A. de C.V. ("Tether International") and is designed to maintain a value of one U.S. dollar per token. Tether International represents that each USDT token in circulation is backed by reserves. USDT is the largest stablecoin by market capitalization and circulating supply. Tether International issues USDT on multiple blockchain networks, including TRON.

5. On the TRON network, USDT is implemented as a TRC-20 token, which is a standardized smart-contract token format. The official TRON USDT smart contract is

deployed at address TR7NHqjeKQxGTCi8q8ZY4pL8otSzgjLj6t. This contract governs all issuance, transfer, and destruction of USDT on the TRON network. The contract is publicly viewable and its functions are independently verifiable.

**The USDT Blacklist Mechanism on TRON**

6.    The official TRON USDT smart contract includes an administrative blacklist function controlled by the contract's owner (Tether International). When an address is added to the contract's internal blacklist, the smart contract automatically rejects any attempt to transfer USDT tokens to or from that address. The tokens remain recorded at the address on the blockchain ledger, but they cannot be moved by anyone, including the holder of the address's private key. The blacklist function is the mechanism by which Tether International "freezes" USDT at a given address.

7.    The blacklist function emits a publicly recorded blockchain event called "AddedBlackList" each time an address is added to the blacklist. This event is permanently recorded on the TRON blockchain and can be independently verified by querying the blockchain's transaction records. The corresponding removal function emits a "RemovedBlackList" event. No RemovedBlackList event has been recorded for either address discussed below.

**Verification Methodology**

8.    To verify the current balance and blacklist status of the two OFAC-listed addresses, there are a number of methods for querying addresses or verifying the status of an address including https://blocksec.ai/en/usdt-freeze, https://www.trongrid.io/, or most of the Commercial Off The Shelf (COTS) forensic tools available including Elliptic, TRM

Labs, Chainalysis, Merkle Science, and others. I checked the addresses below using Blocksec.ai and double checked in Elliptic's Investigator tool.

9.    Querying blockchain data via the above methods is generally accepted as reliable in the relevant forensics community, and usage of the above listed tools are standard practice by blockchain forensic investigators. Screenshots of the queries are attached as Exhibit 2 to this declaration.

**Findings: Address TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81**

11.    Address TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81 currently holds a USDT balance of 212,922,653 USDT (two hundred twelve million, nine hundred twenty-two thousand, six hundred fifty-three USDT) on the TRON network under the official USDT contract TR7NHqjeKQxGTCi8q8ZY4pL8otSzgjLj6t.

12.    The isBlackListed function on TronGrid returns *true* for this address, confirming that the address is currently frozen on the TRON USDT contract's blacklist. This is also seen on Blocksec.ai for this address. No USDT can be transferred to or from this address without first being removed from the blacklist by the contract's owner.

13.    The freeze was executed on April 23, 2026 at 12:02:36 UTC in TRON transaction ebe670f1518f67077d28ec4b54dd0d236a5f1edfa90651524aeb42a21e6975fe. The transaction record shows an AddedBlackList event emitted by the official TRON USDT contract for address TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81. The transaction is confirmed and irreversible on the blockchain.

**Findings: Address TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9**

14.    Address TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9 currently holds a USDT balance of 131,288,800 USDT (one hundred thirty-one million, two hundred eighty-eight thousand,

eight hundred USDT) on the TRON network under the official USDT contract TR7NHqjeKQxGTCi8q8ZY4pL8otSzgjLj6t.

15. The isBlackListed function returns *true* for this address, confirming that the address is currently frozen on the TRON USDT contract's blacklist. This is confirmed on Blocksec.ai and in multiple forensic tools.

16. The freeze was executed on April 23, 2026 at 12:02:36 UTC in TRON transaction 295cd606150289dc18d9e0e4d9503adb9d1b10bde9c314158f9cfa7c9928b09a. The transaction record shows an AddedBlackList event emitted by the official TRON USDT contract for address TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9. The transaction is confirmed and irreversible on the blockchain.

17. The combined frozen USDT balance across both addresses is 344,211,453 USDT (three hundred forty-four million, two hundred eleven thousand, four hundred fifty-three USDT). At USDT's designed 1:1 peg to the U.S. dollar, this represents a notional value of approximately $344,211,453.

**Tether International's Issuer-Level Control: Burn and Reissue Capability**

18. The official TRON USDT smart contract includes, in addition to the blacklist function described above, administrative functions that allow the contract's owner to destroy ("burn") tokens at a blacklisted address and to issue ("mint") new tokens to a different address. These functions are part of the publicly viewable smart-contract code and are callable only by the contract's owner or its authorized delegate.

19. The *destroyBlackFunds* function allows the contract owner to permanently destroy the entire USDT balance at a blacklisted address. Upon execution, the tokens are removed

from circulation, and the balance at the blacklisted address is reduced to zero. This function operates only on addresses that are already on the blacklist.

20.    The *issue* (or *mint*) function allows the contract owner to create new USDT tokens and assign them to any specified address. In combination, the destroyBlackFunds and issue functions enable the contract owner to destroy frozen USDT at a blacklisted address and reissue an equivalent amount of USDT to a different address, such as a government-controlled or court-controlled wallet.

21.    Based on my review of publicly available federal court filings, including filings in *United States v. Approximately 1,694,395.463328 of Tether Cryptocurrency*, No. 1:24-cv-2828-RCL (D.D.C. Jan. 16, 2026) (Lamberth, J.), related to forfeiture of USDT TRON address TFeDK4Wea8ciDLaUe5W2QRSw9WvSqzV4p2, this burn-and-reissue sequence has been used in prior U.S. law-enforcement matters to transfer frozen USDT from blacklisted addresses to government-controlled wallets pursuant to judicial process.

**Continued Freeze Status**

.    As of the date of this declaration, I have verified that no RemovedBlackList event has been recorded on the TRON blockchain for either address TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81 or address TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9 since the AddedBlackList events on April 23, 2026. Both addresses remain on the TRON USDT contract's blacklist and no USDT can be transferred from either address.

.    Similarly, no destroyBlackFunds transaction has been recorded for either address. The full balances of 212,922,653 USDT and 131,288,800 USDT remain intact at the respective addresses as of the date of this declaration.

**Pattern of Iran-Affiliated Entities**

. Based on my experience investigating Iranian cryptocurrency activity in my position leading the Professional Services investigation team at Chainalysis in support of government operations and my prior work as a contractor in the US Intelligence Community, the on-chain profile of these two wallets is consistent with sanctions-evasion and terrorism-financing typologies I have observed in other matters involving Iranian state-affiliated actors.

. The wallets accumulated over USD 344 million in USDT across nearly 1,000 transactions beginning in 2021, with direct transactional links to HTX (formerly Huobi Global). This pattern is consistent with the intake layer of an institutional sanctions-evasion architecture: USDT deposits received through exchange-facing infrastructure, consolidated into custody wallets, and positioned for downstream deployment.

. In my experience, Iranian state-affiliated wallet clusters frequently stage large USDT balances for future deployment while minimizing on-chain activity during the accumulation phase to avoid triggering transaction-monitoring alerts. This deliberate separation of intake from distribution is itself a recognized feature of sophisticated sanctions-evasion methodology.

. Based on the address transaction histories I have reviewed, my relevant experience, the OFAC order related to the two addresses, and the published attribution of these two addresses in multiple forensic tools used by government and federal law enforcement agencies, it is my opinion that the two addresses referenced in the OFAC order are

consistent with, and suggest to a reasonable degree of certainty, ownership by, Bank Markazi, the Central Bank of Iran.

## Summary of Findings

. In summary, my independent verification establishes the following:

    a. Address TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81 holds 212,922,653 USDT and is frozen (blacklisted) on the official TRON USDT contract.

    b. Address TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9 holds 131,288,800 USDT and is frozen (blacklisted) on the official TRON USDT contract.

    c. Both addresses were frozen on April 23, 2026 at 12:02:36 UTC. The combined frozen balance is 344,211,453 USDT.

    d. The freeze was implemented through the blacklist function of the official TRON USDT smart contract (TR7NHqjeKQxGTCi8q8ZY4pL8otSzgjLj6t), which is controlled by the USDT issuer, Tether International.

    e. Tether International possesses the technical capability, through the smart contract's destroyBlackFunds and issue functions, to destroy the frozen USDT and reissue an equivalent amount to a different address, such as a court-controlled wallet.

    f. The destroyBlackFunds function operates on the full balance at a blacklisted address and does not appear to support partial destruction.

    g. Both addresses remain frozen and their balances remain intact as of the date of this declaration.

h.   It is my opinion that the two addresses referenced in the OFAC order are

consistent with, and suggest to a reasonable degree of certainty, ownership by,

Bank Markazi, the Central Bank of Iran.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___14 May___, 2026.

_____

Justin Maile
CEO CipherBlade

# Justin Maile

Chief Executive Officer, Senior Investigator, Expert Witness
CipherBlade, LLC

3300 Arctic Blvd, Suite 201
Anchorage, AK 99503
**Telegram: @JustinM_CB**
**Email: justin@cipherblade.com**

## Summary

I am an expert in cryptocurrency investigations and forensic analysis. I have led and trained teams of the best cryptocurrency analysts in the world at CipherBlade and formerly at Chainalysis for more than 8 years in multiple roles.  I have personally worked on some of the most impactful cases to affect the crypto industry and I have served as an expert witness in numerous cases involving theft, fraud, investment scams, romance and "pig butchering scams", SIM swaps, money laundering, and various civil cases such as divorces, estate mismanagement, tax matters, and business disputes.

## Notable Cases

- Welcome to Video: the investigation and takedown of the largest child abuse materials site in the world with cooperation from multiple international law enforcement agencies, resulting in hundreds of arrests and the rescue of dozens of children.

- Twitter account takeover: analysis of scams advertised by some of the largest and most well-known verified celebrity Twitter accounts that had been taken over by exploiting vulnerabilities exposed by a malicious insider, resulting in the arrest of multiple individuals.

- 2016 Bitfinex hack: aided FBI in the record seizure of $3.6B USD related to the 2016 hack of crypto exchange Bitfinex after 10 years of dormancy and complex money laundering.

- Largest US SIM swap theft: lead the investigation, with the support of the REACT task force and Canada's RCMP, in identifying the destination of $30M USD of funds stolen from an US investor via a SIM swap attack, despite significant efforts to launder and obfuscate the source of the funds. This case resulted in the arrest and conviction of the perpetrator and the eventual takedown of a group of individuals coordinating efforts to exploit additional US investors, including the arrest of their leader, one of the most notorious SIM swap criminals, Plugwalk Joe.

## COURSES/CERTIFICATIONS

Blockchain Intelligence Group Certified Crypto Investigator Training

SEAK Expert Witness Bootcamp

Chainalysis Certified Ethereum Investigation Course

Chainalysis Certified Investigation Specialist Course

Chainalysis Reactor Certification

Chainalysis Cryptocurrency Fundamentals Course

Continuum Analytics Python Programming with Anaconda

Continuum Analytics Data Visualization

Continuum Analytics Performance Optimization

RedSeal Deep Dive Hands-On

RedSeal Advanced Network Course

RedSeal Advanced Security Course

ISC2 Certified Information Systems Security Professional

EC-Council Certified Ethical Hacker

CompTIA A+

- Exchange hacks: led the crypto incident response investigations for federal law enforcement and government agencies around the world, into most of the

crypto exchange hacks over the last 6 years, including investigations into the historical hacks all the way back to Mt. Gox in 2014.

- Ransomware: lead investigations at Chainalysis on most of the major ransomware strains asking for payments in cryptocurrencies from 2020 through 2022. This information was built into the annual Chainalysis Crypto Crime Report and has been provided to US law enforcement and government agencies as part of the coordinated effort to stop ransomware.

- BitConnect and PlusToken: led the investigation for 2 of the largest crypto ponzi schemes with victims all over the world. These 2 criminal schemes defrauded investors of over $2B USD each (value at the time of all digital assets).

- Romance scams and other "pig butchering" type scams: led the most comprehensive combined investigation into romance scam campaigns by multiple criminal groups operating out of China, India, North Korea, Malaysia, Philippines, Thailand, Nigeria, Russia, and Baltic States, resulting in the most complete picture of this rising trend in crypto crime. This information has been briefed to law enforcement agencies around the world and in articles and podcasts by popular news publications.

- Over the last 3 years, I have focused on supporting more civil case work and less criminal case work to be more well-rounded and differentiate ourselves in the space. I have supported more than a dozen divorce cases where the focus was digital asset discovery and forensic accounting of all digital assets that are part of the marital estate. I have also supported multiple other expert witness cases involving estate management and asset distribution, business disputes involving crypto, bankruptcies, confirming wallet ownership and assisting with recovery, frozen/locked assets, sanctioned/illegal entity exposure, enhanced due diligence/source of funds, and more.

CompTIA Linux+

CompTIA Server+

CompTIA Network+

CompTIA Security+

CompTIA Cloud+

AoE University Art of Exploitation Bootcamp 2.0

AoE University Art of Exploitation Wireless

Cisco Certified Network Associate Bootcamp

Microsoft Certified Solutions Associate Bootcamp

Microsoft Certified Solutions Expert Bootcamp

Designing and Implementing Scalable Cisco Internetworks

### Work History

## CipherBlade, Anchorage, AK/Washington, DC/remote — *Chief Executive Officer*

March 2023 - present

Responsible for designing and building a business practice to support civil litigation cases in the US market. In addition to building a professional network of law firms and other companies, it entails building and training a team of investigators, defining the workflows, managing associated expenses, scoping and prioritizing inbound requests, presenting analysis to clients, and providing expert testimony to support client engagements.

### Chainalysis, Washington, DC/remote — *Director of Investigations, Partnerships*

February  2022 - February 2023

Designed, built, and managed a program of investigations and professional services partners. Developed strategic corporate relationships, created and met ambitious quarterly and annual business goals for partner accounts, established cadence of regular joint marketing and events, created investigation partner training program, and trained and certified partner investigators to the same level of Chainalysis investigators.

### Chainalysis, Washington, DC/remote — *Director of Investigations*

March  2019 - February 2022

Managed a team of investigators, led investigative analysis efforts per project, organized and documented projects, interfaced with clients, including selling services and products and building strategic corporate relationships.

### Chainalysis, Washington, DC — *Senior Blockchain Investigator/Technical Analyst*

January 2018 - February 2019

Supported client cryptocurrency investigations as part of the Professional Services team. Perform investigative analysis, lead junior investigators, write and present reports to clients and management, and write custom Python scripts  in support of customer requirements and company internal operations.

### CACI, Washington, DC — *Senior Network Security Analyst/Network Penetration Tester*

March 2017 - February 2018

Senior network security/vulnerability analyst, data scientist, network threat/risk assessment, network topology modeling, network penetration testing for federal government and commercial clients.

### Veros Technologies, LLC, Washington, DC — *Senior Network Security Analyst/Systems Engineer*

July 2013 - March 2017

Senior network security/vulnerability analyst, systems engineer, data scientist, network penetration tester for federal government and commercial clients.

### Tesseract Theory, LLC, Round Hill, VA — *Owner/President, Senior Network Security Analyst*

December 2015 - July 2018

Owner, senior network security/vulnerabilty analyst, systems engineer for 8(a) qualified small business startup serving federal government clients.

### Intellisys Corporation, Laurel, MD — *Network Security Analyst*

February 2012 - July 2013

Network security analyst, DNI analyst for federal government clients.

### United States Marine Corps, Various — *Special Intelligence Systems Administrator/Communications, DNI Analyst*

September 2000 - March 2012

MOS 2651/2611: Special Intelligence Communications System Administrator/DNI Analyst supporting multiple commands across the U.S. West and East coasts, Japan, and Okinawa with multiple combat deployments in Iraq.

**EDUCATION**

### University of Maryland University College, Adelphi, MD — *M.S. in Cybersecurity*

April 2015 - August 2016

3.48 GPA

### University of Maryland University College, Adelphi, MD — *B.S. in Computer Networking and Security*

September 2011 - March 2015

3.8 GPA







