**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAVID DIBENEDETTO, et al.,

      Plaintiffs/Judgment Creditors,

  v.

IRANIAN MINISTRY OF INFORMATION AND
SECURITY, et al.,

      Defendants.

Case No. 1:16-cv-02429-TSC

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Order Authorizing the Issuance of Writ of

Attachment and Service on Tether, and for the reasons stated in Plaintiffs' motion, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED.

The Clerk of Court shall issue Plaintiffs' writ of attachment on judgment to garnishee

Tether International, S.A. de C.V. ("Tether"), directed to all money, property, credits, debts,

claims, accounts, payment rights, redemption rights, issuer-administered rights, reserve-backed

rights, choses in action, general intangibles, and proceeds or substitute property of the Islamic

Republic of Iran and Bank Markazi Jomhouri Islami Iran in the garnishee's possession, custody,

control, charge, or administration, including any such property or interests arising from, relating

to, or traceable to USDT on the TRON blockchain at digital-currency addresses:

- TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81

- TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9

Service of the writ and interrogatories on the garnishee is authorized under Federal Rules

of Civil Procedure 4(h)(2), (f)(1), and (f)(3).  Plaintiffs may serve Tether either (a) via

email at Tether's law email address: inforequests@tether.to; and/or (b) by mail or other physical

delivery to its office addresses in El Salvador.

**SO ORDERED.**

Dated: _____

_____
HON. TANYA S. CHUTKAN
United States District Judge