**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DAVID DIBENEDETTO, et al., | |
|     Plaintiffs/Judgment Creditors, | |
|   v. | Case No. 1:16-cv-02429-TSC |
| IRANIAN MINISTRY OF INFORMATION AND SECURITY, et al., | |
|     Defendants. | |

**NOTICE OF SERVICE**

Pursuant to the Court's June 3, 2026, minute order, Plaintiffs hereby certify that on June 5, 2026, Plaintiffs satisfied the requirements of the D.C. Superior Court Rules of Civil Procedure Rule 69-I(h) by transmitting to Defendants the required notice and writ via certified mail and via first-class mail to the Interests Section of the Islamic Republic of Iran at the Embassy of Pakistan in Washington, D.C.

Dated: June 5, 2026

                        Respectfully submitted,

                        By: /s/ Robert A. Braun

                        Robert A. Braun (D.C. Bar No. 1023352)
                        **COHEN MILSTEIN SELLERS & TOLL PLLC**
                        1100 New York Ave. NW, Eighth Floor
                        Washington, DC 20005
                        (202) 408-4600
                        RBraun@cohenmilstein.com

                        Counsel for Plaintiffs