**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAVID DIBENEDETTO, et al.,

    Plaintiffs/Judgment Creditors,

  v.

IRANIAN MINISTRY OF INFORMATION AND
SECURITY, et al.,

    Defendants.

Case No. 1:16-cv-02429-TSC

**NOTICE OF SERVICE**

Pursuant to the Court's June 2, 2026, order, Dkt. No. 63, Plaintiffs hereby certify that

on June 2, 2026, Plaintiffs satisfied the requirements of D.C. Code § 16–546 and the Federal

Rule of Civil Procedure 4(h)(2), (f)(1), and (f)(3) by transmitting the required notice and writ

to garnishee Tether's law email address: inforequests@tether.to.

Dated: June 9, 2026

            Respectfully submitted,

            By: /s/ Robert A. Braun

            Robert A. Braun (D.C. Bar No. 1023352)
            **COHEN MILSTEIN SELLERS & TOLL PLLC**
            1100 New York Ave. NW, Eighth Floor
            Washington, DC 20005
            (202) 408-4600
            RBraun@cohenmilstein.com

            Counsel for Plaintiffs