UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID DIBENEDETTO, et al.,<br><br>     Plaintiffs/Judgment Creditors,<br><br>  v.<br><br>IRANIAN MINISTRY OF INFORMATION AND SECURITY, et al.,<br><br>     Defendants. | No. 1:16-cv-2429 (TSC) |

## TETHER INTERNATIONAL, S.A. DE C.V.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' INTERROGATORIES IN ATTACHMENT

Pursuant to the Federal Rules of Civil Procedure and D.C. Code § 16-521, Tether International, S.A. de C.V. ("Tether"), hereby responds to Plaintiffs' Interrogatories in Attachment ("Interrogatories") as follows:

Tether expressly reserves any and all rights, claims, and defenses available, whether at law or in equity, including but not limited to any defenses relating to lack of personal jurisdiction, improper service, insufficient process, or any other jurisdictional or procedural defects.  Nothing contained herein shall be deemed a waiver of such rights or defenses, nor shall this submission be construed as consent to the jurisdiction of this Court or any other tribunal.

**1.      Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?**

Tether does not owe any debts to the government of Iran, Bank Markazi (the alleged owner of the wallet addresses TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81 and TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9), or any agents or instrumentalities of Iran.

**2.      Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you[r] possession or charge, and, if so, what?**

To the best of Tether's knowledge, Tether does not have possession or charge of any goods, chattels, or credits of the government of Iran, Bank Markazi, or agents or instrumentalities of Iran.

Tether does not control wallet addresses TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81 or TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9, and it does not possess the USDt held therein. Tether has blacklisted those wallets such that any USDt contained in them cannot be transferred.

I declare under penalty of perjury under the laws of the United States of America that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct.

Executed on: ____6/9/2026____
                    Date

Signed by:

*Paolo Ardoino*
C761C69003344A8...

Name:  Paolo Ardoino
Title:   Secretary of the Board

*Tether International, S.A. de C.V.*