UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID DIBENEDETTO, et al., <br><br> Plaintiffs/Judgment Creditors, <br><br> v. <br><br> IRANIAN MINISTRY OF INFORMATION AND SECURITY, et al., <br><br> Defendants, | No. 1:16-cv-2429 (TSC) <br><br> Hon. Tanya S. Chutkan |

**CERTIFICATE OF SERVICE**

I, Nick Harper, hereby certify that on the 12th day of June 2026, I caused to be served a true and correct copy of Tether International, S.A. de C.V.'s Objections and Responses to Plaintiffs' Interrogatories in Attachment upon counsel for Plaintiffs David DiBenedetto, et al., and the Defendants Iranian Ministry of Information and Security, et al., at the addresses below via Federal Express in satisfaction of the requirements of the D.C. Superior Court Rules of Civil Procedure Rule 69-I(d):

Counsel for Plaintiffs David DiBenedetto, et al.:

Robert A. Braun
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005

1

Defendants Iranian Ministry of Information and Security, et al.:

Interests Section of the Islamic Republic of Iran
Embassy of Pakistan
1250 23rd St NW, Suite 200
Washington, DC 20037

Dated: Washington, DC                    By:    /s/ Nick Harper
June 12, 2026                                          Nick Harper

2